IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                         PLAINTIFF

V.                                     CASE NO. 4:20-CR-41-BRW

JUSTIN ALLEN LEE                                                                                 DEFENDANT

### ORDER

The Order Setting Conditions of Release (Doc. No. 17) is hereby modified to include a requirement that Defendant Justin Lee submit to testing for prohibited substances if required to do so by the pretrial services office. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Mr. Lee must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

Mr. Lee must also participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by the pretrial services office.

All other conditions of release remain in effect.

IT IS SO ORDERED, this 2nd day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE